≈AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

vs.

ANGELA McLEOD WILLIAMS

Date of Previous Judgment: __May 23, 1997__
(Use Date of Last Amended Judgment if Applicable)

**ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Case Number: __5:95-cr-250 (NAM)__
USM Number: __06567-052__
__Lisa Peebles, Esq.__
Defendant's Attorney

*U.S. DISTRICT COURT - N.D. OF N.Y.*
*FILED*
*APR 14 2008*
*AT ___ O'CLOCK*
*Lawrence K. Baerman, Clerk - Syracuse*

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __210__ months **is reduced to 168 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __39__              Amended Offense Level: __37__
Criminal History Category: __I__            Criminal History Category: __I__
Previous Guideline Range: __262__ to __327__ months    Amended Guideline Range: __210__ to __262__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain): _____

**III. ADDITIONAL COMMENTS**

_____

Except as provided above, all provisions of the judgment dated __May 23, 1997__, shall remain in effect.

**IT IS SO ORDERED.**

__April 14, 2008__
Order Date

_____
Effective Date (if different from order date)

_[signature]_

__Hon. Norman A. Mordue, Chief U.S. District Judge__
Name and Title of Judge